**Terry Dean STOCKTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48281.**

Missouri Court of Appeals, Western District.

May 31, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and FENNER and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).

**In the Interest of B.L.**

**David William KIERST, Juvenile Officer, Respondent,**

v.

**P.W., Appellant.**

**No. WD 48535.**

Missouri Court of Appeals, Western District.

May 31, 1994.

Mike Gunter, Kansas City, for appellant.

Lori Stipp, Kansas City, for respondent.

Dale Godfrey, Kansas City, guardian ad litem.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

P.W. appeals the trial court's termination of her parental rights as B.L.'s mother. We affirm the trial court's judgment. Rule 84.-16(b).